**UNITED STATES DISTRICT COURT**
**FOR THE USDC Northern Indiana**
**HAMMOND DIVISION**

Barbara Bolling

                        Plaintiff,

v.                                        Case No.: 2:23−cv−00032−PPS−JEM
                                              Judge Philip P Simon

Gary Common Council, et al.

                        Defendant.

## NOTICE OF COSTS TO BE TAXED

TO ALL COUNSEL AND/OR PARTIES OF RECORD:

Pursuant to [30] Bill of Costs filed by Barbara Bolling , costs will be taxed in the above−captioned cause of action in the amount of $ 402 on 03/24/23 if no objections are filed.

Date:  March 10, 2023                      CHANDA J. BERTA
                                               ACTING CLERK OF COURT

                                               By:  s/  Kimberly S Pflueger
                                                      Deputy Clerk